Peter L. Carr, IV (SBN 256104)
pcarr@thePLClawgroup.com
Na'Shaun L. Neal (SBN 284280)
nneal@thePLClawgroup.com
Lauren K. McRae (SBN 331296)
lmcrae@thePLClawgroup.com
**PLC LAW GROUP, APC**
3756 Santa Rosalia Dr., Suite 326
Los Angeles, CA 90008
Telephone:  (310) 400-5890
Facsimile:   (310) 400-5895
Attorneys for Plaintiffs P.S., a minor, by and through his guardian ad litem, Aphrodite St. Ores, R.R., a minor, by and through his guardian ad litem, Araceli Rodriguez and Jonathan Valdivia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.S., a Minor, by and through his Guardian Ad Litem, APRHODITE ST.ORES; R.R., a Minor, by and through his Guardian Ad Litem, ARACELI RODRIGUEZ,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF SAN FERNANDO; OFFICER SAUL GARIBAY, et al.<br>    Defendants. | Case No.:  2-21-cv-04918-PA-PVC<br><br>**NOTICE OF CONDITIONAL SETTTLMENT**<br><br>*Before the Hon. Percy Anderson* |
| JONATHAN VALDIVIA,<br><br>    Plaintiff,<br>v.<br><br>OFFICER SAUL GARIBAY; OFFICER FRAZIER GODINEZ; OFFICER ARMANDO PATINO et al.<br>    Defendants. | |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

**PLEASE TAKE NOTICE** in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a conditional settlement of this entire case for a specified amount.

The settlement is between Plaintiffs P.S., a minor, by and through his guardian ad litem, Aphrodite St. Ores, R.R., a minor, by and through his guardian ad litem, Araceli Rodriguez, Jonathan Valdivia and Defendants City of San Fernando, Officers Saul Garibay, Frazier Godinez, and Armando Patino.

Upon finalization of the settlement, the entire case shall be dismissed with prejudice. All parties intend to file a Stipulation for Dismissal of the Complaint with Prejudice pursuant to the settlement of this matter.

DATED: September 12, 2022    **PLC LAW GROUP, APC**

By: */s/Na'Shaun L. Neal*
    Peter L. Carr, IV
    NaShaun L. Neal
    Lauren K. McRae
    Attorneys for Plaintiffs,
    P.S., a minor, et al.

DATED: September 12, 2022    **ALDERMAN & HILGER LLP**

By:    */s/ Daniel S. Alderman*
    Daniel Alderman
    Attorneys for Defendants,
    City of San Fernando, et al.